JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, An Individual<br><br>Plaintiff,<br><br>vs.<br><br>GALAXY LABOR FORCE INC., A Domestic Corporation, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | CASE NO. **2:18-cv-01921-RCJ-NJK** |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANCINE EDWARDS and Defendant GALAXY LABOR FORCE INC., by and through their respective counsel, that FRANCINE EDWARDS's complaint against DEFENDANTS be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

Dated this 31st day of January, 2019.

**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 31st day of January, 2019.

**Gerrard Cox Larsen**

/s/ John M. Langeveld
John M. Langeveld, Esq.
Nevada Bar No. 11628
2450 St. Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED:

DATED this 11 day of February 2019.

_____
DISTRICT COURT JUDGE